UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br><br>ORDER |

Pending before the court are motions filed by plaintiff and defendants requesting modification of the scheduling order. (ECF Nos. 42, 44.) Both parties request that the deadline for filing dispositive motions, i.e., March 2, 2018, be vacated and reset.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motions filed by plaintiff and defendants to modify the scheduling order (ECF Nos. 42, 44) are granted;

2. The March 2, 2018 deadline for filing dispositive motions is vacated and reset to May 8, 2018.

Dated: March 1, 2018

Hou2561.sch

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1