UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion for a sixty days extension of time to file pretrial motions (ECF No. 45) and motion to obtain witnesses (ECF No. 46.) For the following reasons, these motions are denied.

On March 1, 2018, the undersigned granted plaintiff's January 30, 2018 motion to modify the scheduling order. (ECF No. 49.) The undersigned vacated the March 2, 2018 deadline for filing dispositive motions and reset it to May 8, 2018. (Id.) Based on these circumstances, plaintiff's pending motion for a sixty days extension of time to file pretrial motions is moot.

In the other pending motion, plaintiff requests that several inmates and non-inmates be called as his witnesses at trial. (ECF No. 46.) The trial date will be set following resolution of summary judgment motions, if appropriate. Plaintiff shall make his request for inmate witnesses in his pretrial statements. Plaintiff's pending motion for witnesses is premature.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 45) and motion to obtain witnesses (ECF No. 46) are denied.

Dated: March 22, 2018

*KENDALL J. NEWMAN*
UNITED STATES MAGISTRATE JUDGE

Hou2561.ord