UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>L. ELDRIDGE, et al.,<br><br>    Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action filed pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

Defendants' Motion to Modify the Scheduling Order (ECF No. 56)

The dispositive motion deadline was May 8, 2018. (ECF No. 49.) In the pending motion, defendants request that the deadline be extended by fourteen days. (ECF No. 56.) Good cause appearing, defendants' motion is granted.

Plaintiff's Motion for a Pretrial Conference (ECF No. 55) and Motion to Obtain Witnesses at Trial (ECF No. 57)

In the pending motions, plaintiff requests that the court schedule a pretrial conference (ECF No. 55) and requests permission to call several people as witnesses at trial (ECF No. 57). Plaintiff's motions are premature because the dispositive motion defendants intend to file has not been ruled on. Following resolution of defendants' dispositive motion, the court will set a pretrial

1

conference, if appropriate.  The court will also direct the parties to file pretrial statements, in which they may identify the witnesses they intend to call at trial.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 56) is granted; the deadline for dispositive motions is extended to May 22, 2018;

2. Plaintiff's motion for a pretrial conference (ECF No. 55) and motion to obtain witnesses (ECF No. 57) are denied without prejudice.

Dated:  May 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.eot

kc