UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

Pending before the court is defendants' motion for an extension of time to file a reply to plaintiff's opposition to defendants' summary judgment motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 78) is granted;

2. Defendants' reply is due on or before September 12, 2018.

Dated: August 29, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.eot(d)

1