UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>L. ELDRIDGE, et al.,<br><br>        Defendants. | No. 2:16-cv-2561 WBS KJN P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2019, the court found the appointment of counsel for plaintiff warranted and referred this action to the court's ADR and Pro Bono Director to seek the voluntary assistance of counsel for plaintiff in this action. (ECF No. 102.) Justin A. Palmer has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Justin A. Palmer is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order on Justin A. Palmer, Filer/Palmer LLP, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

Dated: March 13, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hous2561.31