# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, | No. 2:16-cv-2561 WBS KJN P |
| Plaintiff, | |
| v. | |
| L. ELDRIDGE, et al., | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

William Houston, CDCR # K-31474, a necessary and material witness in a settlement conference in this case on July 9, 2019, is confined in California State Prison, Corcoran (COR), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Tuesday, July 9, 2019, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued March 29, 2019.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, COR, P. O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hous2561.841