```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   WILLIAM HOUSTON,                        No.  2: 16-cv-2561 WBS KJN P
12              Plaintiff,
13       v.                                  ORDER
14   L. ELDRIDGE, et al.,
15              Defendants.
16
17          Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant
18   to 42 U.S.C. § 1983.  On December 5, 2019, defendants filed a motion to stay.  (ECF No. 125.)
19   Defendants noticed the motion to stay for hearing before the undersigned on January 9, 2020.
20   (Id.)  Plaintiff has not filed an opposition or otherwise responded to defendants' motion to stay.
21          Accordingly, IT IS HEREBY ORDERED that:
22          1.  Within seven days of the date of this order, plaintiff shall show cause why sanctions
23              should not be imposed for his failure to respond defendants' motion to stay, and
24              plaintiff shall file an opposition or statement of non-opposition to the motion; and
25          2.  The hearing set for January 9, 2020, before the undersigned regarding defendants'
26              motion to stay is vacated.
27   Dated:  January 7, 2020
     hou2561.osc
28
                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
```