UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, | No. 2: 16-cv-2561 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. ELDRIDGE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action. (ECF No. 131.) Judge Shubb also ordered defendants to file a status report within thirty days addressing the status of plaintiff's criminal proceedings. (Id.)

On April 20, 2020, defendants filed a status report. (ECF No. 132.) Defendants state that the Deputy District Attorney indicated that the trial is set for June 9, 2020. (Id.) In light of the COVID-19 crisis, it remains unclear whether this date will be held firm by the Chief Justice. (Id.)

Good cause appearing, IT IS HEREBY ORDERED that on or before June 10, 2020, defendants shall file a status report addressing the status of plaintiff's criminal proceedings.

Dated: April 22, 2020

Hou2561.sta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE