UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>L. ELDRIDGE, et al.,<br><br>    Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 11, 2020, plaintiff, himself, filed a motion for recusal of the undersigned and the Honorable William B. Shubb. Because plaintiff is represented by counsel in this action, he may only communicate with the court through counsel. For this reason, plaintiff's motion for recusal is disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for recusal (ECF No. 134) is disregarded.

Dated: May 13, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.rec(2)

1