UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action. (ECF No. 131.) On April 22, 2020, the undersigned ordered defendants to file a status report addressing the status of plaintiff's criminal proceedings on or before June 10, 2020. (ECF No. 133.)

    On June 9, 2020, defendants filed a status report in response to the April 22, 2020 order. (ECF No. 136.) Defendants state that the trial readiness conference in plaintiff's criminal proceedings is set for August 26, 2020, and the trial is set for September 1, 2020.

    Accordingly, IT IS HEREBY ORDERED that on or before September 2, 2020, defendants shall file a status report addressing the status of plaintiff's criminal proceedings.

Dated: June 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hou2561.sta(2)