UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action. (ECF No. 131.) On June 11, 2020, the undersigned ordered defendants to file a status report on or before September 2, 2020, addressing the status of plaintiff's criminal proceedings. (ECF No. 137.)

　　　　On September 2, 2020, defendants filed a status report in response to the June 11, 2020 order. (ECF No. 138.) Defendants state that the trial readiness conference for plaintiff's criminal proceedings has been reset to October 1, 2020, with an anticipated trial date to occur between October 22, 2020, and November 12, 2020. (Id.)

////

////

////

Accordingly, IT IS HEREBY ORDERED that on or before November 16, 2020, defendants shall file a status report addressing the status of plaintiff's criminal proceedings.

Dated:  September 3, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.sta(3)