UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action. (ECF No. 131.)

　　　　On September 4, 2020, the undersigned ordered defendants to file a status report addressing the status of plaintiff's criminal proceedings. (ECF No. 139.) On November 16, 2020, defendants filed a status report. (ECF No. 140.) Defendants state that plaintiff has a new trial date of November 30, 2020, subject to a request for further continuance due to COVID-19. (Id.)

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that on or before January 8, 2021, defendants shall file a status report addressing the status of plaintiff's criminal proceedings.

Dated: November 18, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.sta(4)