UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action.  (ECF No. 131.)

　　　　On November 19, 2020, the undersigned ordered defendants to file a status report on or before January 8, 2021, addressing the status of plaintiff's criminal proceedings.  (ECF No. 141.)  On January 6, 2021, defendants filed a status report.  (ECF No. 142.)  Defendants state that plaintiff's trial date in the Sacramento County Superior Court is tentatively set for January 25, 2021.  (Id.)

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that on or before February 8, 2021, defendants
2 shall file a status report addressing the status of plaintiff's criminal proceedings.
3 Dated: January 7, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.sta(5)