UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, | No. 2: 16-cv-2561 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. EDLRIDGE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action. (ECF No. 131.)

Although this action is stayed, a settlement conference was held in this action on May 27, 2021. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall file a status report addressing the status of plaintiff's criminal proceedings.

Dated: June 2, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hou2561.sta(6)

1