UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>L. ELDRIDGE, et al.,<br><br>    Defendants. | No. 2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2020, the Honorable William B. Shubb granted defendants' motion to stay this action. (ECF No. 131.)

On June 2, 2021, the undersigned ordered defendants to file a status report within fourteen days addressing the status of plaintiff's criminal proceedings. (ECF No. 149.) On June 16, 2021, defendants filed a status report stating that plaintiff's trial is currently set to go forward in August 2021. (ECF No. 150.)

Accordingly, IT IS HEREBY ORDERED that on or before September 8, 2021, defendants shall file a status report addressing the status of plaintiff's criminal proceedings (or dispositional documents if the civil matter has been resolved).

Dated: August 3, 2021

Hou2561.sta(7)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE