UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No.  2: 16-cv-2561 WBS KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The parties voluntarily dismissed this action following a settlement agreement.  (ECF No. 152.)

　　　　On April 12, 2022, the parties filed a joint notice of re-issued settlement check.  (ECF No. 165.)  The notice states that plaintiff's counsel, Mr. McComas, received the newly issued check on April 7, 2022.  (Id.)  The notice also states that consistent with the April 1, 2022 minute order, the California Department of Corrections and Rehabilitation ("CDCR") will begin processing and issue a separate check for five percent interest beginning February 12, 2022, and accruing through April 7, 2022, the date when the newly issued check was received by plaintiff's counsel.  (Id.)

　　　　On April 14, 2022, plaintiff himself filed a motion to compel Mr. McComas to release the settlement money to plaintiff via Touchpay.com.  (ECF No. 167.)

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order, Mr. McComas shall file a status report addressing plaintiff's access to the settlement money and whether Mr. McComas received the check for five percent interest, discussed in the April 12, 2022 joint notice;

2. The Clerk of the Court is directed to serve a copy of this order on Brian McComas, Law Office of B.C. McComas, PMB 1605, 77 Van Ness Avenue, Suite 101, San Francisco, California, 94102.

Dated: April 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hous2561.ord.